UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Brandi Nicole Murr,                                 Case No. 3:23-cv-1256

           Plaintiff,

    v.                                             ORDER AND
                                                   JUDGEMENT ENTRY

Commissioner of Social Security,

           Defendant.

On March 1, 2024, United States Magistrate Judge Carmen E. Henderson issued a Report and Recommendation ("R & R") recommending I affirm the Commissioner of Social Security's decision denying Plaintiff's application for Supplemental Security Income. (Doc. No. 14). In the R & R, she notified the parties that, "Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days after being served with a copy of this document. Failure to file objections within the specified time may forfeit the right to appeal the District Court's order. *See Berkshire v. Beauvais*, 928 F. 3d 520, 530-31 (6th Cir. 2019)." (*Id.* at 13).

Plaintiff filed a response to the R & R, stating she would not be filing objections to Judge Henderson's R & R. (Doc. No. 15). The Commissioner filed nothing in response to the R & R.

Without objection by any party, I adopt Judge Henderson's R & R in its entirety as the final Order of this Court. The Commissioner's decision is affirmed, and this case is closed.

So Ordered.

                                                                   s/ Jeffrey J. Helmick
                                                                   United States District Judge